UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FIRST 100, LLC, et al., | 2:14-cv-01460-GMN-CWH |
| Plaintiffs, | |
| vs. | ORDER |
| JOHN LASALA, et al., | |
| Defendants. | |

Presently before the Court is Marquis Aurbach Coffing's Motion to Withdraw as Counsel of Record for Defendant (ECF No. 39), filed on February 4, 2016.

IT IS ORDERED that a hearing on Marquis Aurbach Coffing's Motion to Withdraw as Counsel of Record for Defendant (ECF No. 39) is set for Tuesday, February 16, 2016, at 10:00 a.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that Defendant John Lasala must attend the hearing set for February 16, 2016.  Mr. Lasala may appear telephonically by calling telephone number (888) 808-6929, access code: 8129639#, five minutes before the hearing time.  The Court will join the call and convene the proceedings.  The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

IT IS FURTHER ORDERED that Marquis Aurbach Coffing must serve a copy of its Motion to Withdraw as Counsel of Record for Defendant (ECF No. 39) as well as this Order on Defendant John Lasala and file proof of service by February 12, 2016.

DATED: February 8, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge