# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FIRST 100, LLC, et al., )
        Plaintiffs, )    Case No. 2:14-cv-01460-GMN-CWH
vs. )    **ORDER &**
JOHN LASALA, )    **ORDER TO SHOW CAUSE**
        Defendant. )

Presently before the Court is the parties' stipulation (ECF No. 43) requesting that the deadline for the parties' joint pretrial order be extended to June 1, 2016. Having reviewed and considered the stipulation, and good cause appearing,

IT IS ORDERED that the parties' stipulation (ECF No. 43) is GRANTED.

IT IS FURTHER ORDERED that by June 1, 2016, pro se Defendant John Lasala must show cause in writing why he has failed to comply with the Court's order at the hearing held on February 16, 2016, requiring him to file a written notice with his contact information. (*See* Mins. of Proceedings (ECF No. 42).) If Defendant Lasala files a notice with his contact information by June 1, 2016, this show cause order will be automatically discharged. Defendant Lasala is advised that the notice must contain all of the information required by Local Rule IA 3-1. Defendant Lasala is further advised that failure to comply with this show cause order may result in sanctions under Local Rule IA 11-8.

IT IS FURTHER ORDERED that the Clerk of Court must serve a copy of this Order on Defendant Lasala via certified mail and regular U.S. mail at the following address:

    John Lasala
    59 West 119th Street
    New York, New York 10026

DATED: May 20, 2016

                                                    **C.W. Hoffman, Jr.**
                                                  **United States Magistrate Judge**