**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FIRST 100, LLC, a Nevada limited liability company; and 1ST ONE HUNDRED HOLDINGS, LLC, a Nevada limited liability company,

        Plaintiffs,

vs.

JOHN LASALA, an individual; IAN HAFT, an individual; JAMIE MAI, an individual; CHA SOLUTIONS INC., a foreign corporation; CORNWALL CAPITAL MANAGEMENT LP, a foreign corporation;

        Defendants.

Case No.: 2:14-cv-01460-GMN-CWH

**ORDER**

Pending before the Court is a Motion to Dismiss (ECF No. 87) and a Motion for Liquidated Damaged (ECF No. 88) filed by pro se Defendant John Lasala ("Defendant"). Plaintiffs First 100, LLC ("First 100") and 1st One Hundred Holdings, LLC (collectively, "Plaintiffs") filed Responses. (ECF Nos. 93, 94). Defendant did not file replies.

Dispositive motions in this case were due by April 18, 2016. (*See* ECF No. 38). Defendant previously filed an untimely motion to dismiss without leave of the Court on December 23, 2016. (ECF No. 66). Defendant's instant motion to dismiss (ECF No. 87), filed on March 16, 2017, is even more untimely. Defendant again did not request leave of the Court to file this untimely dispositive motion. As such, the Court will not consider Defendant's motion to dismiss. (ECF No. 87). Additionally, Defendant's motion for liquidated damages (ECF No. 88) is based entirely as relief related to Defendant's motion to dismiss. Because the

Court denies Defendant's motion to dismiss, the Court also denies Defendant's motion for liquidated damages as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (ECF No. 87) and Motion for Liquidated Damaged (ECF No. 88) are **DENIED**.

**DATED** this 17 day of April, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court