AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

First 100, LLC, et al.,

                Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

John Lasala,

Case Number: 2:14-cv-01460-GMN-CWH

                Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Plaintiffs First 100, LLC and 1st One-Hundred Holdings, LLC and against Defendant John Lasala.

| | |
|---|---|
| 10/4/2017 | /s/ Debra K. Kempi |
| Date | Clerk |
| | /s/ Aaron S. Blazevich |
| | (By) Deputy Clerk |