JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail: jag@mgalaw.com
djb@mgalaw.com

*Attorneys for Plaintiffs First 100, LLC
and 1st One Hundred Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| First 100, LLC, a Nevada limited company; and 1ST ONE HUNDRED HOLDINGS, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br>vs.<br><br>JOHN LASALA, an individual; JAN HAFT, an individual; JAMIE MAI, an individual; CHA SOLUTIONS INC. a foreign corporation; CORWALL CAPITAL MANAGEMENT LP, a foreign corporation,<br><br>Defendants. | Case No.: 2:14-cv-01460-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR ATTORNEYS' FEES (ECF No. 105) and Bill of Costs (ECF No. 106)**<br><br>[FIRST REQUEST] |

Plaintiffs and Defendant John Lasala stipulate pursuant to LR IA 6-1 as follows:

1. Plaintiffs filed their Motion for Attorneys' Fees (and Punitive Damages) (ECF No. 105) and Bill of Costs (ECF No. 106) on Friday, October 13, 2017.

2. Defendant Lasala's oppositions are presently due on Friday, October 27, 2017.

3. The parties have engaged in settlement negotiations and agree to extend Lasala's time to respond 1 (one) week, to and including November 3, 2017, in order to allow those discussions to continue and avoid the expense of preparing oppositions.

4. This is the first extension of time requested for Defendant Lasala to file oppositions to the referenced motion and bill of costs.

Dated this 25th day of October 2017

| JOHN LASALA | MAIER GUTIERREZ & ASSOCIATES |
|---|---|
| *[signature]* | /S/ Danielle J. Barraza, Esq. |
| John Lasala<br>59 West 119 St.<br>New York, NY 10026-1402<br>Tel: 917-669-9968 | Joseph Gutierrez, Esq. (Bar No. 9046)<br>Danielle J. Barraza, Esq. (Bar No. 13833)<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>Tel: 702-629-7900<br>Email: jag@mgalaw.com<br>djb@mgalaw.com |
| Defendant *pro se* | |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
DATED: October 30, 2017